UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY, THE PHOENIX INSURANCE COMPANY, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, and THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT,<br><br>PlaintiffS,<br><br>- against -<br><br>ALLIANCE MECHANICAL GROUP, INC.,<br><br>Defendant. | **ORDER**<br><br>20 Civ. 667 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the conference currently scheduled for May 21, 2020 is adjourned to **June 18, 2020 at 11:00 a.m.**

Dated: New York, New York
       May 11, 2020

SO ORDERED.

*Paul G. Gardephe*
Paul G. Gardephe
United States District Judge