UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY, THE PHOENIX INSURANCE COMPANY, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, and THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, <br><br> Plaintiffs, <br><br> - against - <br><br> ALLIANCE MECHANICAL GROUP, INC., <br><br> Defendant. | **DEFAULT JUDGMENT** <br><br> 20 Civ. 667 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

   The Complaint of Plaintiffs The Travelers Indemnity Company, The Phoenix Insurance Company, Travelers Property Casualty Company Of America, and The Travelers Indemnity Company Of Connecticut having been served on Defendant Alliance Mechanical Group, Inc. on February 18, 2020 (Dkt. No. 8), and the time for Defendant to appear, answer, or raise any objection to the Complaint having expired, and Defendant not having appeared at the August 27, 2020 show cause hearing or raised an objection to the Complaint,

   NOW, pursuant to Rule 55 of the Federal Rules of Civil Procedure and upon the Complaint dated January 24, 2020 (Dkt. No. 1), and Plaintiffs' motion by order to show cause for default judgment (Dkt. No. 25), including the declarations of Thomas A. Martin, dated July 28, 2020 (Dkt. No. 23), and the declaration of Salvatore Marino, dated July 27, 2020 (Dkt. No. 24), it is hereby

ORDERED, ADJUDGED and DECREED that the Plaintiffs have judgment against and recover from Defendant in the amount of $412,007.96, plus costs of $672.49, for a total of $412,680.45.

The Clerk of Court is directed to close the case.

Dated: New York, New York
August 27, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge