**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| The Travelers Indemnity Company, The Phoenix Insurance Company, et al. | 20-cv-00667 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Alliance Mechanical Group, Inc. | Enforcing the Judgment |

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Alliance Mechanical Group, Inc.

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

3318 Delavall Avenue, Bronx, New York 10475

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Thomas A. Martin, Esq.<br>Putney, Twombly, Hall & Hirson LLP<br>521 Fifth Avenue, 10th Floor<br>New York, New York 10175<br>(212) 682-0020 | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A.   $300,00 |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses,*
*All Telephone Numbers, and Estimated Times Available for Service):*

Fold

Fold

| Signature of Attorney other Originator requesting service on behalf of: | [X] PLAINTIFF<br>[ ] DEFENDANT | TELEPHONE NUMBER<br>212-682-0020 | DATE<br>11/5/20 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>P1 | District of Origin<br>No. OSY | District to Serve<br>No. OSY | Signature of Authorized USMS Deputy or Clerk<br>BW | Date<br>11\13\20 |
|---|---|---|---|---|---|

I hereby certify and return that I [X] have personally served , [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described
on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)*<br>Vito Virgilio | [X] A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address *(complete only different than shown above)* | Date<br>11/16/2020 | Time<br>10:09 [X] am [ ] pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee<br>$65.00 | Total Mileage Charges including *endeavors)*<br>26.57 | Forwarding Fee | Total Charges<br>$91,57 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$0.00 |
|---|---|---|---|---|---|

REMARKS:

Virgilio, Vito   10:01   11/16/2020

I hereby certify & return that I have not received any
funds for case number 20-CV-667

20-667-1

PRIOR EDITIONS MAY BE USED

Judgment Unsatisfied
New York, NY

Ralph Sozio
United States Marshal

payment,
al.

Dated: January 21, 2021    By: Becky Brill - Admin Asst.

Form USM-285
Rev. 12/15/80
Automated 01/00

# United States District Court
## SOUTHERN DISTRICT OF NEW YORK

JUDGMENT NO._____                    DOCKET NO. 20-CV-00667

THE PRESIDENT OF THE UNITED STATES OF AMERICA
To the Marshal of the Southern District of New York, GREETING:

YOU ARE COMMANDED, that of the goods and chattels of __Alliance Mechanical Group, Inc.,__

_3318 Delavall Avenue, Bronx, New York 10475_____

in your district you cause to be made the sum of _Four Hundred Twelve Thousand Six Hundred Eighty -----------_

-------------------------------------------------------------------- dollars and ----- Forty-Five ---- cents, ($ 412,680.45_____)

which lately in the United States District Court of the United States for the Southern District of New York, in the Second

Circuit, _The Travelers Indemnity Company, The Phoenix Insurance Company, Travelers Property Casualty_
    _Company of America, and The Travelers Indemnity Company of Connecticut_____

recovered against the said _Alliance Mechanical Group, Inc.,_____

in an action between _The Travelers Indemnity Company, The Phoenix Insurance Company,_____

Travelers Property Casualty Company of America and The Travelers Indemnity Company of Connecticut

PLAINTIFFS and _Alliance Mechanical Group, Inc._____

DEFENDANT, in favor of said _Travelers Indemnity Company, et al._____

as appears by the record filed in the Clerk's Office of said District Court on the_ 27th _____day

of_ August _____, in the year of _2020_____

and if sufficient personal property of the said judgment debtor cannot be found in your District, that then you cause the same to be made out of the real property belonging to such judgment debtor on the above-mentioned day, or at any time thereafter, in whose hands soever the same may be, and return this execution within sixty days after its receipt by you, to the Clerk of said District Court.

WITNESS, the Honorable Colleen McMahon, Chief Judge of the United States District Court, for the Southern District of New York, at the City of New York, on the_ 29ᵗʰ _____day of_ October _____in the year of our Lord_ 2020 _____, and of the Independence of the United States the two hundred _forty__ _forth_____year.

_____
CLERK

# United States District Court
### SOUTHERN DISTRICT OF NEW YORK

The Travelers Indemnity Company, et al.,

-against-

Alliance Mechanical Group, Inc.

---

EXECUTION AGAINST   PROPERTY

---

PUTNEY, TWOMBLY, HALL & HIRSON LLP
521 Fifth Avenue, New York, NY 10175
Attorneys for Plaintiffs

---

Borough of Manhattan
City of New York

---

To the Marshal:
You will levy and collect

---

Four Hundred Twelve Thousand Six Hundred Eighty Dollars

and _____ Forty-Five _____ cents,

with interest  from  the _____

day  of _____ , _____ ,

besides your fees, etc.

_Thomas A. Martin, Attorney_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



THE TRAVELERS INDEMNITY
COMPANY, THE PHOENIX INSURANCE
COMPANY, TRAVELERS PROPERTY
CASUALTY COMPANY OF AMERICA, and
THE TRAVELERS INDEMNITY
COMPANY OF CONNECTICUT,

DEFAULT JUDGMENT

20 Civ. 667 (PGG)

Plaintiffs,

- against -

ALLIANCE MECHANICAL GROUP, INC.,

Defendant.

PAUL G. GARDEPHE, U.S.D.J.:

The Complaint of Plaintiffs The Travelers Indemnity Company, The Phoenix

Insurance Company, Travelers Property Casualty Company Of America, and The Travelers

Indemnity Company Of Connecticut having been served on Defendant Alliance Mechanical

Group, Inc. on February 18, 2020 (Dkt. No. 8), and the time for Defendant to appear, answer, or

raise any objection to the Complaint having expired, and Defendant not having appeared at the

August 27, 2020 show cause hearing or raised an objection to the Complaint,

NOW, pursuant to Rule 55 of the Federal Rules of Civil Procedure and upon the

Complaint dated January 24, 2020 (Dkt. No. 1), and Plaintiffs' motion by order to show cause

for default judgment (Dkt. No. 25), including the declarations of Thomas A. Martin, dated July

28, 2020 (Dkt. No. 23), and the declaration of Salvatore Marino, dated July 27, 2020 (Dkt. No.

24), it is hereby

ORDERED, ADJUDGED and DECREED that the Plaintiffs have judgment

against and recover from Defendant in the amount of $412,007.96, plus costs of $672.49, for a

total of $412,680.45.

The Clerk of Court is directed to close the case.

Dated: New York, New York
       August 27, 2020

SO ORDERED.

Paul G. Gardephe
United States District Judge

CERTIFIED AS A TRUE COPY ON

THIS DATE ___11 | 04 | 2020___

BY _____
        ( ) Clerk    Judy Seto
        (✓) Deputy